IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENYS ALEXANDER RIVERA,<br><br>            Plaintiff,<br><br>vs.<br><br>RANDY WARE, Case Worker;<br><br>            Defendant. | **4:16CV3180**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on a Motion to Withdraw filed by Douglas J. Peterson, Nebraska Attorney General, and Stephanie Caldwell, Assistant Attorney General, attorneys of record for Defendant Randy Ware in his individual capacity. (Filing No. 20.) Counsel informs the court, "Pursuant to Neb. Rev. Stat. § 81-8,239.06, the Attorney General's Office is unable to provide representation to Defendant Randall Ware." This explanation is insufficient for the court to allow withdrawal. Counsel must provide the court with a full explanation of the reasons why the Attorney General's Office is unable to represent Defendant under § 81-8,239.06.

IT IS THEREFORE ORDERED that: The Motion to Withdraw (Filing No. 20) is denied without prejudice to reassertion in a motion that includes a full explanation of the reasons why the Attorney General's Office is unable to represent Defendant under § 81-8,239.06. If it is in their best interests to do so, counsel may file the motion under seal with the court.

Dated this 3rd day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge