IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENYS ALEXANDER RIVERA, Plaintiff, vs. RANDY WARE, Case Worker; Defendant. | 4:16CV3180 <br><br> **MEMORANDUM AND ORDER** |

Counsel requests to file a Motion to Withdraw under seal with the court because of the sensitive and prejudicial information contained within the motion. ([Filing No. 22](Filing No. 22).)

IT IS ORDERED that: Counsel's Motion to Seal ([Filing No. 22](Filing No. 22)) is granted.

Dated this 7th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge