IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENYS ALEXANDER RIVERA, Plaintiff, vs. RANDY WARE, Case Worker; Defendant. | 4:16CV3180 <br><br> **MEMORANDUM AND ORDER** |

On December 8, 2017, and again on December 20, 2017, the court ordered Plaintiff to update his address with the court by January 8, 2018, or face dismissal of this action with prejudice. (*See* [Filing No. 34](); [Filing No. 37]().) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed with prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. Defendant Randy Ware's Motion to Compel ([filing no. 35]()) is denied as moot.

3. The court will enter judgment by a separate document.

Dated this 19th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge